UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELYNN J. SPELEOS and<br>JESSE S. SPELEOS<br><br>    Plaintiffs<br><br>v.<br><br>BAC HOME LOANS SERVICING, L.P.,<br>d/b/a BANK OF AMERICA HOME LOANS,<br>and ORLANS MORAN, PLLC<br><br>    Defendants | C.A. No. 1:10-cv-11503-NMG |

**JOINT PROPOSED AGENDA FOR SCHEDULING CONFERENCE,
PROPOSED PRETRIAL SCHEDULE AND DISCOVERY PLAN**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties have conferred regarding a joint proposed pretrial case schedule and discovery plan and they present this Agenda for Scheduling Conference, Joint Proposed Pretrial Schedule, and Proposed Discovery Plan.

**I. Agenda for Initial Status Conference**

The parties have agreed to the following agenda for the status conference, which the Court has scheduled for **November 18, 2010** at **2:00 p.m.**:

1. Status Report;

2. Overview of the Case and Major Issues;

3. Proposed Pre-Trial Schedule and Discovery Plan; and

4. Status of Settlement Discussions.

1

**II. Proposed Pretrial Schedule and Discovery Plan**

The parties submit that this case warrants a **twelve-month** discovery period and submit the following deadlines:

1. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    a. **Topics of Discovery**. Discovery, to the extent not privileged or otherwise not discoverable, is necessary as to topics including but not limited to: the servicing of Plaintiffs' mortgage loan, the loan modification process, loan payment history, foreclosure proceedings, the collection history, the allegations in the Complaint and the relationships, correspondence, communications or dealings between or among the parties to this lawsuit and third parties with respect to the issues identified above. The parties reserve the right to conduct discovery on subjects not listed above and to object to discovery sought regarding the subjects listed above.

    b. **Electronic Discovery**. The parties considered the subject of electronic discovery and do not anticipate it being an issue in this case at this time. The parties acknowledge their obligations with respect to electronic discovery under the Federal Rules of Civil Procedure, and reserve the right to revisit this subject as necessary as the case progresses, including without limitation all provisions in the rules regarding identification and accessibility of electronic information, production of the same, and assertion of privileges and confidentiality with respect to such materials.

    c. **Initial Disclosures**. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) no later than **one month after the scheduling conference, by December 18, 2010**.

    d. **Amendment and Joinder**: The parties shall be allowed until **one month after the initial disclosures are due, January 18, 2010** to join additional parties and to amend the pleadings.

    e. **Discovery Deadline**. All discovery (written and deposition) shall be completed within **twelve months, by December 18, 2011**.

    f. **Modifications to Limitations on Discovery Imposed by the Federal Rules**. The Parties do not anticipate any modifications to the limitations on discovery at this time. If the need for additional discovery arises, the Parties will request the same from the Court.

    g. **Expert Discovery**. The parties do not expect expert discovery to be needed at this time, but reserve the right to amend this discovery plan if expert testimony is needed.

    h. **Dispositive Motions**. All dispositive motions will be filed no later than **two months after the close of discovery, February 18, 2012**.

    i. **Settlement**. The parties have discussed settlement, but have not been able to come to terms at this time.

2. **Trial**. The parties agree that a trial, if needed, will last 1-2 days.

3. **Certifications by Counsel**. Pursuant to Local Rule 16.1(d)(3), counsel will file their respective certifications prior to the Scheduling Conference.

### III. Consent to Magistrate Judge

The parties **do not** consent to a magistrate judge at this time.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs,<br>Delynn and Jesse Speleos,<br>By counsel, | Defendant,<br>BAC Home Loans Servicing, LP,<br>By counsel, |
| /s/ *Josef Culik*<br>Josef Culik (BBO #672665)<br>Culik Law P.C.<br>100 Cummings Center, Suite 425G<br>Beverly, MA 01915<br>978-910-0248<br>978-910-0247 Fax<br>josef@culiklaw.com | /s/ *Neil D. Raphael*<br>Neil D. Raphael (BBO #650453)<br>Raphael, LLC<br>One Liberty Square, 12th Floor<br>Boston, MA 02109<br>617-542-7999<br>617-307-4486 Fax<br>nraphael@raphaelllc.com |
| | Defendant,<br>Orlans Moran, PLLC,<br>By counsel, |
| | /s/ *John T. Precobb*<br>John T. Precobb (BBO #561931)<br>Orlans Moran, PLLC<br>PO Box 962169<br>Boston, MA 02196<br>617-502-4100<br>617-502-4101 Fax<br>jprecobb@orlansmoran.com |

Dated: November 9, 2010

5

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 9, 2010.

                                 /s/*Josef Culik*
                                 Josef Culik