UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DELYNN J. SPELEOS and
JESSE S. SPELEOS,

      Plaintiffs,

v.

BAC HOME LOANS SERVICING, L.P.,
FEDERAL NATIONAL MORTGAGE
ASSOCIATION and ORLANS MORAN,
PLLC,

      Defendants.

Civil Action No. 1:10-cv-11503-NMG

## BAC HOME LOANS SERVICING, L.P.'S AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Defendants BAC Home Loans Servicing, L.P., Federal National Mortgage Association and its counsel certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: November 10, 2010

| BAC HOME LOANS SERVICING, L.P., AND FEDERAL NATIONAL MORTGAGE ASSOCIATION by:<br><br>_/s/ Gabriel Saenz_____<br>Gabriel Saenz | RAPHAEL LLC, by:<br><br>_/s/ Neil D. Raphael_____<br>Neil D. Raphael |
|---|---|