UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELYN J. SPELEOS and <br> JESSE S. SPELEOS <br>     Plaintiffs <br><br> v. <br><br> BAC HOME LOANS SERVICING, L.P., <br> d/b/a BANK OF AMERICA HOME <br> LOANS, and FEDERAL NATIONAL <br> MORTGAGE ASSOCIATION, d/b/a <br> FANNIE MAE, and ORLANSMORAN <br> PLLC, <br>     Defendants | C.A. NO. 2010-CV-11503-NMG |

### CERTIFICATION PER LOCAL RULE 16.1(d)(3)

Pursuant to Local Rule 16.1(d)(3), the undersigned hereby certify that they have conferred with a view to establishing a budge for the costs of conducting (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: 11/23/10

Respectfully submitted,
OrlansMoran PLLC
By:

John T. Precobb, BBO#561931
OrlansMoran PLLC
45 School St.
Boston, MA 02108
617-502-4116
jprecobb@orlansmoran.com

## CERTIFICATE OF SERVICE

I, John T. Precobb, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on November 23, 2010.

/s/ John T. Precobb