UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELYNN J. SPELEOS and JESSE S. SPELEOS,<br><br>Plaintiff,<br><br>v.<br><br>BAC HOME LOANS SERVICING, L.P., FEDERAL NATIONAL MORTGAGE ASSOCIATION and ORLANS MORAN, PLLC,<br><br>Defendants. | Civil Action No. 1:10-cv-11503-NMG |

**AFFIDAVIT OF MAYRION WASHINGTON**

I, Mayrion Washington, hereby depose and state as follows:

1. I serve as the Mortgage Resolution Specialist at Bank of America, N.A.. I have personal knowledge of the facts contained in this declaration based on my review of Bank of America, N.A.'s records, which are made and kept in the ordinary course of its business, and, if called as a witness, could and would testify competently to them.

2. I submit this Affidavit in support of Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P., and Federal National Mortgage Association's (together, "Defendants") Motion for Summary Judgment.

3. Plaintiffs Delynn J. Speleos and Jesse S. Speleos (together, "Plaintiffs") are current on payments due under the Note though November 2009.

4. Defendants have not brought Summary Process proceedings against Plaintiffs.

5. In January 2011, Defendants analyzed Plaintiffs' financial documents and determined that Plaintiffs would not be able to afford the monthly mortgage payment that would

result if their loan was modified under HAMP.

Signed under pains of perjury this 17 day of July, 2012:

Mayrian Washington

Sworn to before me
this 17th day of July, 2012:

Notary Public

My Commission expires:

SUSANNE REYNOLDS
MY COMMISSION EXPIRES
March 11, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2012.

Dated: August 17, 2012

/s/ Neil D. Raphael
Neil D. Raphael