UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DELYNN J. SPELEOS and <br> JESSE S. SPELEOS, <br><br> Plaintiffs, <br> v. <br><br> BAC HOME LOANS SERVICING, <br> L.P. et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 10-11503-NMG <br> ) <br> ) <br> ) <br> ) |

## REPORT AND RECOMMENDATION ON
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

March 11, 2013

DEIN, U.S.M.J.

### I. INTRODUCTION

Plaintiffs Delynn Speleos and Jesse Speleos brought this action against BAC Home Loans Servicing, L.P., d/b/a Bank of America Home Loans ("BAC") and Federal National Mortgage Association ("Fannie Mae") alleging in their First Amended Complaint ("FAC") that the defendants were negligent (Count I) and committed unfair and deceptive acts and practices in violation of Mass. Gen. Laws ch. 93A (Count V) by foreclosing on their home mortgage while they were being considered for a loan modification under the Home Affordable Modification Program ("HAMP").[1] Bank of

---

[1] All other claims against BAC and Fannie Mae, as well as against the law firm of Orlans Moran, PLLC, were dismissed on October 14, 2011 in connection with the District Judge's decision on the defendants' motions to dismiss the plaintiffs' First Amended Complaint. See Docket No. 45.

*Report and Recommendation accepted and adopted. /s/NMGorton, USDJ 3/28/13*